IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LAYNE FOOTE and MARK T. LORDEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 10-95-SLR |
| ASTRAZENECA LP and ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, ex rel., TRACY MIKSELL-BRANCH et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 10-154-SLR |
| ASTRAZENECA LP and ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, ex rel. PAUL DIMATTIA and F. FOLGER TUGGLE, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 10-910-SLR |
| ASTRAZENECA LP and ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 2nd day of June, 2015, having conferred with counsel;

IT IS ORDERED that oral argument on the pending motions to dismiss will be conducted on **Tuesday, August 4, 2015** at **10:00 a.m.**, in courtroom 4B, fourth floor, United States Courthouse, 844 King Street, Wilmington, Delaware.

_____
United States District Judge